

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-15-00055-CR

JEROME FLEMONS, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 100th District Court
Childress County, Texas
Trial Court No. 5704, Honorable Stuart Messer, Presiding

July 28, 2015

## ON MOTION TO DISMISS

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

Appellant Jerome Flemons appealed his conviction and sentence for aggravated sexual assault of a child. On July 14, 2015, appellant filed a Motion to Dismiss Appeal.

Because appellant's motion to dismiss meets the requirements of Texas Rule of Appellate Procedure 42.2(a)—we have not issued a decision in the appeal and appellant and his attorney have signed the motion—the Court grants the motion. The

appeal is dismissed.  Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained and our mandate will issue forthwith.

                                        Mackey K. Hancock
                                             Justice

Do not publish.